UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 18-1944
_____

ALI RAZAK; KENAN SABANI; KHALDOUN CHERDOUD, INDIVIDUALLY AND
ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,
Appellants

v.

UBER TECHNOLOGIES, INC.; GEGEN, LLC
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil No. 2-16-cv-00573)
District Judge: Hon. Michael M. Baylson
_____

Argued January 15, 2019
_____

Before: SMITH, *Chief Judge*, GREENAWAY, JR., and PORTER, *Circuit Judges*.
▬▬▬▬▬▬▬

ORDER AMENDING PRECEDENTIAL OPINION
▬▬▬▬▬▬▬

.

The panel hereby ORDERS that the Opinion filed March 3, 2020 be amended to include the language appearing in angle brackets below.

The sentence at page 16 reading, "But, if a court finds that there are any issues of fact that remain in dispute, it must resolve those disputes prior to granting summary judgment" shall be amended to read: "But, if a court finds that there are any issues of <material> fact that remain in <genuine> dispute, it must resolve those disputes prior to granting summary judgment."

The sentence at page 17 reading, "*DialAmerica* teaches that where there are questions of fact that need resolution, these questions must go to a fact-finder" shall be amended to read: "*DialAmerica* teaches that where there are <genuine> questions of <material> fact that need resolution, these questions must go to a fact-finder."


BY THE COURT,


s/ Joseph A. Greenaway, Jr.
Circuit Judge


Dated: November 5, 2020
Tmm/cc: All Counsel of Record